IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN SCOTT ROGERS, *by his guardian,*
*Tracy Rogers*, TRACY ROGERS, SAMBA HEALTH
BENEFIT PLAN, BLUE CROSS BLUE SHIELD
OF WISONSIN, and STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES

VOIR DIRE
[DRAFT – 4.18.2019]

Plaintiffs,

17-cv-534-jdp

v.

K2 SPORTS, LLC,

Defendant.

---

Attached are semi-final versions of the voir dire, jury instructions, and verdict form for the parties' review prior to the final pretrial conference.

Entered April 18, 2019.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge