IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN SCOTT ROGERS, *by his guardian,*
*Tracy Rogers*, TRACY ROGERS, SAMBA HEALTH
BENEFIT PLAN, BLUE CROSS BLUE SHIELD
OF WISONSIN, and STATE OF WISONSIN
DEPARTMENT OF HEALTH SERVICES

      Plaintiffs,

 v.

K2 SPORTS, LLC,

      Defendant.

ORDER

17-cv-534-jdp

---

  Before the final pretrial conference, the court provided its version of the voir dire, verdict form, and jury instructions. Dkt. 270. I have reviewed the parties' submissions from April 29 and 30. I have considered counsel's arguments at the final pretrial conference and both sides' recent submissions. I am not persuaded that any substantial departure from the court's approach is warranted. Accordingly, I have made only minor adjustments to the voir dire, verdict form, and jury instructions. Final copies of the voir dire and pretrial instructions are attached. Current drafts of the verdict form and post-trial instructions are also attached. These documents remain in draft form because they could be affected by the evidence presented at trial.

  Entered May 3, 2019.

            BY THE COURT:

            /s/
            _____
            JAMES D. PETERSON
            District Judge