IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN SCOTT ROGERS, *By his Guardian, Tracy Rogers*, TRACY ROGERS, SAMBA HEALTH BENEFIT PLAN, BLUE CROSS BLUE SHIELD OF WISCONSIN, and STATE OF WISCONSIN-DEPARTMENT OF HEALTH SERVICES,

Plaintiffs,

v.

K2 SPORTS, LLC,

Defendant.

Case No. 17-cv-534-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant K2 Sports, LLC against plaintiffs Steven Scott Rogers, Tracy Rogers, Samba Health Benefit Plan, Blue Cross Blue Shield of Wisconsin and the State of Wisconsin-Department of Health Services dismissing this case.

Approved as to form this 16TH day of May, 2019.

James D. Peterson
District Judge

Peter Oppeneer, Clerk of Court

5/17/19
Date

It appearing that there is no just reason for delay, I direct that this final judgment be entered.